IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **RON BOWERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| VS. | ) | NO. CV 06-4012-JPG-DGW |
| | ) | |
| **CITY OF HERRIN, ILLINOIS,** an | ) | |
| Illinois municipal corporation; **LYNN** | ) | |
| **FRATTINI,** individually and in his | ) | |
| official capacity as City Code Inspector, | ) | |
| City of Herrin; and **CHAD PARKS,** | ) | |
| individually and in his official capacity as | ) | |
| a City of Herrin Police Officer; | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having received a Stipulation of Dismissal signed by all counsel of record advising this Court that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED: 6/21/07**

         **NORBERT G. JAWORSKI,** Clerk

         **By:s/Deborah Agans, Deputy Clerk**

**APPROVED:**   s/J. Phil Gilbert
                **J. PHIL GILBERT**
                **U. S. DISTRICT JUDGE**